# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Stag Arms LLC<br>119 John Downey Drive, including outbuildings<br>New Britain, CT 06051<br>(more particularly described in Attachment A) | ) ) ) ) ) ) ) Case No. |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Connecticut_____
*(identify the person or describe the property to be searched and give its location)*:
**Stag Arms, LLC, 119 John Downey Drive, New Britain, CT 06051, including outbuildings (more particularly described in Attachment A)**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
evidence, fruits and instrumentalities of violation of Title 18 U.S.C. Section 923(i)(failure to serialize/mark firearms) and 18 U.S.C. Section 922(m)(failure to maintain proper records of firearm manufacture, acquisition and disposition), see Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before  9/16/14
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Hon. Thomas P. Smith_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
☐until, the facts justifying, the later specific date of _____.

Date and time issued: 9/2/14 5:26pm          *[signature]*
                                              Judge's signature

City and state: Hartford, CT          Hon. Thomas P. Smith, United States Magistrate Judge
                                      *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>09/03/2014 6:47 am | Copy of warrant and inventory left with:<br>Chris Dawidowski |
| Inventory made in the presence of :<br>SA Dodsworth | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See Attached (3 pages) | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/05/2014

*Joanna Lambert*
*Executing officer's signature*

SA Joanna Lambert
*Printed name and title*

Stag -List of Firearms Seized at 119 John Downey Drive, Sept. 3, 2014

| Manufacturer/Importer | Model | Serial Number | Type | Caliber/Gauge | ATF Evidence Log Item # | Gun Code (N=NFA, G=GCA) | Number of Firearms | Secondary Seizure location |
|---|---|---|---|---|---|---|---|---|
| FERFRANS/STAG | SOAR | OBLIT | MG RECEIV | 5.56 | A-001 | N | 1 | Area 1 |
| FERFRANS/STAG | SOAR | OBLIT | MG RECEIV | 5.56 | A-002 | N | 1 | area 1 |
| FERFRANS/STAG | SOAR | OBLIT | recv | 5.56 | a-003 | G | 1 | area 1 |
| STAG | STAG 15 | none | receiver | 5.56 | A-004 | G | 8 | area 1 |
| STAG | STAG 15 | none | MG RECEIV | 5.56 | A-004a | N | 6 | area 1 |
| NONE | NONE | none | N | NONE | A-005 | N | 1 | area 1 |
| STAG | STAG-16 | none | MG RECEIV | 5.56 | A-006 | N | 24 | area 1 |
| STAG | STAG 16 | NONE | MG RECEIV | 5.56 | A-007 | N | 11 | Area 1 |
| FERFRANS/STAG | SOAR | NONE | receiver | 5.56 | A-008a | G | 1 | area 1 |
| FERFRANS/STAG | SOAR | NONE | MG RECEIV | 5.56 | A-008 | N | 2 | area 1 |
| FERFRANS/STAG | SOAR | none | MG RECEIVER | 5.56 | A-009a | N | 2 | area 1 |
| FERFRANS/STAG | SOAR | none | receiver | BLANK | A-009 | G | 22 | area 1 |
| FERFRANS/STAG | SOAR | NONE | MG RECEIVER | 5.56 | A-010 | N | 24 | area 1 |
| FERFRANS/STAG | SOAR | NONE | receiver | 5.56 | A-011a | G | 1 | area 1 |
| FERFRANS/STAG | SOAR | NONE | MG RECEIV | 5.56 | A-11 | N | 1 | area 1 |
| STAG | STAG-15 | none | receiver | 5.56 | A-13 | G | 20 | garage |
| STAG | NONE | none | receiver | NONE | A-13A | G | 1 | garage |
| STAG | STAG 16 | none | MG RECEIV | 5.56 | A-13B | N | 1 | garage |
| STAG | STAG 15 | NONE | receiver | 0.223 | A-13C | G | 2 | garage |
| STAG | NONE | NONE | receiver | NONE | A-014 | G | 1 | area 1 |

Total seized 132

n=NFA firearm

g-GCA firearm

| FERFRANS/S TAG | SOAR | NONE | MG RECEIV | NONE | A-014A | N | 1 | area 1 |

Additional Evidence Seized pursuant to Search Warrant on September 3, 2014, Stag Arms 119 John Downey Dr., New Britain, CT

**3 composition notebooks (ATF Evidence Log item #012)**

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Stag Arms LLC<br>515 John Downey Drive, including outbuildings<br>New Britain, CT 06051<br>(more particularly described in Attachment A) | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Connecticut____
*(identify the person or describe the property to be searched and give its location)*:
Stag Arms, LLC, 515 John Downey Drive, New Britain, CT 06051, including outbuildings (more particularly described in Attachment A)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
evidence, fruits and instrumentalities of violation of Title 26, United States Code Section 5861(d)(possession of unregistered NFA firearm); 18 U.S.C. Section 923(i)(failure to serialize/mark firearms) and 18 U.S.C. Section 922(m) (failure to maintain proper records of firearm manufacture, acquisition and disposition), see Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  __9/16/14__
                                                                                                    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Hon. Thomas P. Smith__              .
        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
                                    ☐until, the facts justifying, the later specific date of _____.

Date and time issued: __9/2/14  5:44 pm__        *Thomas P. Smith*
                                                                       *Judge's signature*

City and state: __Hartford, CT__                 __Hon. Thomas P. Smith, United States Magistrate Judge__
                                                                            *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>09/03/2014 6:47 am | Copy of warrant and inventory left with:<br>Stag Arms |
| Inventory made in the presence of :<br>SA Essing | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See Attached (3 pages) | | |

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/05/2014

*Executing officer's signature*

SA Joanna Lambert
*Printed name and title*

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

Page 1 of 3

| Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|
| 762061-14-0035 | Stag Arms | Hartford |

Taken from: *(name, title, address, if appropriate)*
Stag Arms
515 John Downey Dr., New Britain, CT

Recipient: *(name, title, address, if appropriate)*
ATF

Location of Transfer or Seizure
515 John Downey Dr., New Britain, CT

Basis for Transfer or Seizure of Items:
GCA, NFA

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | - Stag S.O.A.R. FERFRANS Receiver, SN: FF00016 |
| 1 | - " " " " , SN: FF00017 |
| 1 | - " " " " , SN: FF00018 |
| 1 | - " " " " , SN: FF00019 |
| 22 | - box of Stag Arms auto receivers, no SN's |
| 24 | - box of Stag Arms semiauto receivers, no SN's |
| 18 | - box of Stag Model 6.8 semiauto receivers, no SN's |
| 57 | - 3 boxes of Stag 15 semiautomatic receivers, no SN's |
| 19 | - box of unmarked receivers, no SN's |
| 7 | - box of various marked + unmarked semiauto receivers, no SN's |
| 6 | - box of Global Tactical Model GTAR-15, semiauto receivers, no SN's |
| 4 | - box of FERFRANS Model S.O.A.R., semiauto receivers, no SN's |
| 1 | - CMT U/K receiver, SN: 04953 |
| 1 | - Rock River Arms Model LAR-9, semiauto receiver, no SN |
| 1 | - FER FRANS Model S.O.A.R. Receiver, auto, SN: FF090076 |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)* MARK F. ESSIG  S/A  ATF   Date 9/3/14

Transferred by: *(signature, if appropriate)*   Date   Witnessed by: *(signature)*   Date

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007-330-138/31102

ATF Form 3400. 23

# U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

Page 2 of 3

Case/Inspection Number: 762061-14-0035
Case/Inspection Title: Stag Arms
Office: Hartford

Taken from: Stag Arms, 515 John Downey Drive, New Britain, CT

Recipient: ATF

Location of Transfer or Seizure: as above

Basis for Transfer or Seizure of Items:

| # | Description of Item(s) |
|---|---|
| 1 | HP Compaq 8200 Tower, SN: 2UA2381SRN |
| 2 | SN: 106846943, Tower U/K |
| 3 | SYX SystemX Tower SN: 107306508 |
| 4 | HP SN: 5188-2622 |
| 5 | HP Compaq Model DX7500, SN: MXL9380G5T |
| 6 | Lenovo Model IdeaCenter, SN: ES06874672 |
| 7 | HP Envy 700, SN: MXX3220GJ7 |
| 8 | HP Pavilion Slimline, SN: MXX1340G2F |
| 9 | Dell Inspiron 660S, SN: 2YY49Z1 |
| 10 | HP Pavilion Slimline, SN: 3CR93AVJX w/ thumb drive |
| 11 | Gateway DX4831-05, SN: PTGAJ0201301700BA312 |
| 12 | ASUS Model PCG045, SN: B1PDCG0005BE |
| 13 | ACER Model AX1920-UR10P, SN: 22301027230 |
| 14 | ACER Model Veriton, SN: DTVCXAA00122B0A63E9 201 |
| 15 | Gateway JX2865, SN: DTGDPAA005303034A29200 w/ USB attachment |
| 16 | HP Slimline 400, SN: 4C142B0TGM |
| 17 | U/K Network Video Recorder, SN: TZA2HP03300017 |
| 18 | LG Cyberton, SN: C73300B37M20126 |
| 19 | HP Vista Compaq, SN: MXL9380G63 |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) S/A Mark F. Essing    Date: 9/3/14

Transferred by: (signature, if appropriate)    Date    Witnessed by: (signature)    Date

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007-330-138/31102    ATF Form 3400.23

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 3 of 3 | Case/Inspection Number 762014-14-0035 | Case/Inspection Title Stag Arms | Office Hartford |
|---|---|---|---|
| Taken from: (name, title, address, if appropriate) Stag Arms 515 John Downey Drive, New Britain, CT | | Recipient: (name, title, address, if appropriate) ATF | |
| Location of Transfer or Seizure as above | | Basis for Transfer or Seizure of Items: | |

| Amount or Quantity | Description of Item(s) |
|---|---|
| 20 | ACER AX1920, SN: 22101845230 |
| 21 | ACER AX1920, SN: 22301034930 |
| 22 | Western Digital H.D. - SN: WCANKE676241 |
| 23 | ACER AM3470G SN: 203000383192 |
| 24 | Gateway SX2865, SN: 30301445992 |
| 3 | Three A+D Books |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) S/A Mark F. Essing    Date 9/3/14

Transferred by: (signature, if appropriate)    Date    Witnessed by: (signature)    Date

U.S. GOVERNMENT PRINTING OFFICE: 2007-330-138/31102    ATF Form 3400. 23