UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No.: 3:15-cv-00682(JAM) |
| ONE (1) STAG ARMS SOAR MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING SERIAL NUMBER FF00016; ONE (1) STAG ARMS SOAR MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING SERIAL NUMBER FF00017; ONE (1) STAG ARMS SOAR MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING SERIAL NUMBER FF00018; ONE (1) STAG ARMS SOAR MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING SERIAL NUMBER FF00019; TWENTY-TWO (22) STAG ARMS STAG-16 MACHINE GUN RECEIVERS/ FRAMES CAL: 5.56 BEARING NO SERIAL NUMBERS; ONE (1) UNKNOWN MANUFACTURER/MODEL MACHINE GUN RECEIVER/FRAME CAL: UNKNOWN BEARING SERIAL NUMBER 04953; ONE (1) STAG ARMS SOAR RECEIVER/FRAME CAL: UNKNOWN BEARING SERIAL NUMBER FF090076; ONE (1) STAG ARMS FERFRANS SOAR MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING NO SERIAL NUMBER; ONE (1) STAG ARMS FERFRANS SOAR MACHINE GUN RECEIVER/FRAME CAL: 5.56 WITH OBLITERATED SERIAL NUMBER; SIX (6) STAG ARMS STAG-15 MACHINE GUN RECEIVERS/FRAMES CAL: 5.56 BEARING NO SERIAL NUMBERS; FIVE (5) UNKNOWN MANUFACTURER/MODEL MACHINE GUN RECEIVERS/FRAMES OF UNKNOWN CALIBER BEARING NO SERIAL NUMBERS; TWENTY-THREE (23) STAG ARMS STAG-16 | : |

FILED

2015 MAY 11 AM 9 00

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| MACHINE GUN RECEIVERS/FRAMES CAL: 5.56 BEARING NO SERIAL NUMBERS; ELEVEN (11) STAG ARMS STAG-16 MACHINE GUN RECEIVERS/FRAMES CAL: 5.56 BEARING NO SERIAL NUMBER; ONE (1) STAG ARMS FERFRANS SOAR MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING NO SERIAL NUMBER; TWO (2) STAG ARMS FERFRANS SOAR MACHINE GUN RECEIVERS/FRAMES CAL: 5.56 BEARING NO SERIAL NUMBERS; TWENTY-FOUR (24) STAG ARMS FERFRANS SOAR MACHINE GUN RECEIVERS/FRAMES CAL: 5.56 BEARING NO SERIAL NUMBERS; ONE (1) STAG ARMS FERFRANS SOAR MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING NO SERIAL NUMBER; ONE (1) STAG ARMS STAG-16 MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING NO SERIAL NUMBER; ONE (1) STAG ARMS FERFRANS SOAR MACHINE GUN RECEIVER/FRAME OF UNKNOWN CALIBER AND BEARING NO SERIAL NUMBER; ONE (1) UNKNOWN MANUFACTURER/MODEL MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING NO SERIAL NUMBER; ONE (1) STAG ARMS STAG-16 MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING NO SERIAL NUMBER; ONE (1) STAG ARMS FERFFRANS SOAR MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING NO SERIAL NUMBER; AND ONE (1) STAG ARMS FERFRANS SOAR MACHINE GUN RECEIVER/FRAME CAL: 5.56 BEARING SERIAL NUMBER FF100238, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : : |
| [CLAIMANTS: STAG ARMS, LLC AND MARK MALKOWSKI] | : : |

<u>WARRANT OF ARREST IN REM</u>

To the Bureau of Alcohol, Tobacco, Firearms and Explosives:

WHEREAS a complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action:

NOW, THEREFORE, we do hereby command that you seize the said property, which is described as One (1) Stag Arms SOAR Machine Gun Receiver/Frame CAL: 5.56 Bearing Serial Number FF00016; One (1) Stag Arms SOAR Machine Gun Receiver/Frame CAL: 5.56 Bearing Serial Number FF00017; One (1) Stag Arms SOAR Machine Gun Receiver/Frame CAL: 5.56 Bearing Serial Number FF00018; One (1) Stag Arms SOAR Machine Gun Receiver/Frame CAL: 5.56 Bearing Serial Number FF00019; Twenty-Two (22) Stag Arms STAG-16 Machine Gun Receivers/Frames CAL: 5.56 Bearing No Serial Numbers; One (1) Unknown Manufacturer/Model Machine Gun Receiver/Frame CAL: Unknown Bearing Serial Number 04953; One (1) Stag Arms SOAR Receiver/Frame CAL: Unknown Bearing Serial Number FF090076; One (1) Stag Arms FERFRANS SOAR Machine Gun Receiver/Frame CAL: 5.56 Bearing No Serial Number; One (1) Stag Arms FERFRANS SOAR Machine Gun Receiver/Frame CAL: 5.56 with Obliterated Serial Number; Six (6) Stag Arms STAG-15 Machine Gun Receivers/Frames CAL: 5.56 Bearing No Serial Numbers; Five (5) Unknown Manufacturer/Model Machine Gun Receivers/Frames of Unknown Caliber Bearing No Serial Numbers; Twenty-Three (23) Stag Arms STAG-16 Machine Gun Receivers/Frames CAL: 5.56 Bearing No Serial Numbers; Eleven (11) Stag Arms STAG-16 Machine Gun Receivers/Frames CAL: 5.56 Bearing No Serial Number; One (1) Stag Arms FERFRANS SOAR Machine Gun Receiver/Frame CAL: 5.56 Bearing No Serial Number; Two (2) Stag Arms FERFRANS SOAR Machine Gun Receivers/Frames CAL: 5.56 Bearing No Serial Numbers; Twenty-Four (24) Stag Arms FERFRANS SOAR Machine Gun Receivers/Frames CAL: 5.56 Bearing No Serial Numbers; One (1) Stag Arms FERFRANS SOAR Machine Gun Receiver/Frame CAL: 5.56

Bearing No Serial Number; One (1) Stag Arms STAG-16 Machine Gun Receiver/Frame CAL: 5.56 Bearing No Serial Number; One (1) Stag Arms FERFRANS SOAR Machine Gun Receiver/Frame of Unknown Caliber and Bearing No Serial Number; One (1) Unknown Manufacturer/Model Machine Gun Receiver/Frame CAL: 5.56 Bearing No Serial Number; One (1) Stag Arms STAG-16 Machine Gun Receiver/Frame CAL: 5.56 Bearing No Serial Number; One (1) Stag Arms FERFFRANS SOAR Machine Gun Receiver/Frame CAL: 5.56 Bearing No Serial Number; and One (1) Stag Arms FERFRANS SOAR Machine Gun Receiver/Frame CAL: 5.56 Bearing Serial Number FF100238 and detain the same in your custody until further order of this Court respecting the same.

All persons claiming an interest in said property must file their statements of interest in or right against the subject property pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims within thirty (30) days after the execution of the Warrant, or actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court, 141 Church Street, New Haven, CT, 06510, with a copy thereof sent to Assistant United States Attorney John B. Hughes, 157 Church Street, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this _11_ day of _MAY 2015_

ROBIN TABORA, CLERK

By: _____

Deputy Clerk