UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No.: 3:15-cv-00682(JAM) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ONE (1) STAG ARMS SOAR MACHINE GUN RECEIVER/FRAME CAL.: 5.56 BEARING SERIAL NUMBER FF00016, *ET AL.*, | : : : | |
| | : | |
| Defendants. | : | |
| | : | |
| [CLAIMANTS; STAG ARMS, LLC, AND MARK MALKOWSKI] | : : | June 15, 2015 |

**CORPORATE DISCLOSURE STATEMENT OF STAG ARMS, LLC**

Pursuant to the Court's Order Re: Disclosure Statement (Doc. No. 4) and Rule 7.1 of the

Federal Rules of Civil Procedure, claimant Stag Arms, LLC, makes the following corporate

disclosure: Stag Arms, LLC, has no parent corporation and no publicly held corporation owns

more than 10% of Stag Arms, LLC.

Respectfully submitted,

STAG ARMS, LLC

By:  /s/ Daniel E. Wenner
       Daniel E. Wenner (ct27852)
       Day Pitney LLP
       242 Trumbull Street
       Hartford, Connecticut 06103
       (860) 275-0100
       dwenner@daypitney.com

       Its Attorneys

## Certificate of Service

I hereby certify that on this date, a copy of the foregoing Motion will be electronically filed and served by mail on anyone unable to accept electronic service.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel E. Wenner
Daniel E. Wenner