UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No.: 3:15-cv-00682(JAM) |
| ONE (1) STAG ARMS SOAR MACHINE GUN RECEIVER/FRAME CAL.: 5.56 BEARING SERIAL NUMBER FF00016, ET AL... | : : : |
| Defendants. | : |
| [CLAIMANTS: STAG ARMS, LLC AND MARK MALKOWSKI] | : January 25, 2016 |

## STIPULATION TO JUDGMENT AND DECREE OF FORFEITURE

The Plaintiff, United States of America (hereinafter "Plaintiff"), and Claimants Stag Arms, LLC and Mark Malkowski (hereinafter, "Claimants"), by and through their counsel, hereby submit a joint stipulation for judgment and decree of forfeiture of the Defendant Firearms in this matter. In support thereof, the parties state as follows:

1. On May 6, 2015, Plaintiff filed a Verified Complaint of Forfeiture as to all Defendant Firearms in the above-captioned matter.

2. This complaint relied upon the findings of a Bureau of Alcohol, Tobacco, Firearms and Explosives Industry Operations firearms compliance inspection conducted in the months of July and August, 2014, of the Claimants.

3. Inspection of Stag Arms, LLC revealed multiple violations of the National Firearms Act, 26 U.S.C. § 5801, et seq. As a result, search and seizure warrants were executed upon the Claimants on September 3, 2014. The Defendant Firearms were seized by law enforcement during the execution of the warrants.

4.  Two plea agreements, one dated December 22, 2015 and filed in the criminal proceeding captioned United States v. Stag Arms, LLC, 3:15CR233[AVC], and one dated December 23, 2015 and filed in the criminal proceeding captioned United States v. Mark Malkowski, 3:15CR234[AVC], by and between the Plaintiff and Claimants in this civil proceeding identify that the Claimants agree to forfeit their interests in the Defendant Firearms identified in this action.

5.  Per the plea agreements, this stipulation is submitted in full and final satisfaction of any and all claims, demands, and liens which the Plaintiff United States of America, its agents, subrogees, successors, and assigns, now have against the above-captioned Defendant Firearms. The Plaintiff and Claimants by and through their respective counsel, hereby stipulate and agree to the granting of a Decree of Forfeiture as to the Defendant Firearms upon the terms and conditions set forth below.

6.  The Claimants hereby affirm that they are the sole owners of the Defendant Firearms which were seized on or about September 3, 2014, by agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that they hereby waive any claim, right, title and interest to the Defendant Firearms.

7.  The Claimants further confirm that two (2) firearms first identified as Stag 16 5.56 machinegun receivers bearing no serial numbers in the complaint were later reclassified as two (2) Stag 16 .223 machinegun receivers and are now properly identified and included as part of the Defendant Firearms. The Claimants agree to the forfeiture of the Defendant Firearms to the United States of America, to be disposed of according to law.

8.  The Claimants further agree that neither they nor any current or future officers, agents, representatives, subrogees, assigns or successors of the Claimants shall appear in or

pursue any action or proceeding at law or in equity to contest the forfeiture of the Defendant Firearms to the Plaintiff as provided in Paragraph 7 above. The Claimants further waive the requirements of Supplemental Rule G regarding direct notice to the Claimants, and consent to the entry of any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Stipulation.

9. The Claimants hereby release and forever discharge the United States of America, the Bureau of Alcohol, Tobacco Firearms, and Explosives, and their servants, employees, heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture, by the United States of America of the Defendant Firearms.

10. The Claimants further agree to hold and save the United States of America, the Bureau of Alcohol, Tobacco Firearms, and Explosives, and their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, and forfeiture of the Defendant Firearms.

11. Per discussion and agreement by and between the Plaintiff and the Claimants, cost bonds in amounts of $952.00 and $333.20, received by the Bureau of Alcohol, Tobacco Firearms, and Explosives Asset Forfeiture and Seized Property Division on November 18, 2014 will be returned to Claimant Mark Malkowski via the United States Marshal Service upon final disposition of this civil forfeiture action.

12. This Stipulation shall not constitute an admission of liability or fault on the part of the Plaintiff, its officers, agents, servants, or employees, or on the part of the Claimants, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

13. The Plaintiff and the Claimants agree to bear their own costs and attorney's fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

DEIRDRE M. DALY
UNITED STATES ATTORNEY

1-26-16
DATE

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct05289
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
EMAIL: jhughes1@usa.doj.gov

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

1/25/16
DATE

STAG ARMS, LLC
CLAIMANT
By _Mark Malkowski_
Its _President_

1/25/16
DATE

MARK MALKOWSKI
CLAIMANT

1/26/16
DATE

DANIEL E. WENNER, ESQ.
DAY PITNEY, LLP
242 TRUMBULL STREET
HARTFORD, CT 06103

COUNSEL FOR CLAIMANTS
STAG ARMS, LLC
MARK MALKOWSKI